```
CASE NO. 09-C-378                                    OPENED  5/01/2009

JUDGE...    2  CHRISTOPHER WILKES

   PLAINTIFF.  JOHN RAY
VS DEFENDANT.  VIA SATELLITE, INC.  C/O JEFFREY LEHEW

   PRO ATTY..  ROBERT J. SCHIAVONI
   DEF ATTY..


PAGE#    DATE MEMORANDUM.............

00001  5/01/09 Civil Case Information Sheet
00002  5/01/09 Letter dated  05-01-09  (Hammer,Ferretti & Schiavoni)
00003  5/01/09 Complaint filed
00004  5/04/09 Receipt  Filing fee and Certified Mail
00005  5/04/09 Summons  Issued and Sent to Atty., Via Satellite, Inc. &
00006  5/04/09    Warren Staffing Company and Sent Certified Mail RRR,
00007  5/04/09    Jeffrey Lehew and Sondra Lehew
00008  5/04/09 White Certified Mail Receipts
00009  5/06/09 Green CMRR-Sondra Lehew by Diana L. Perry 5/5/9
00010  5/06/09 Green CMRR-Jeffrey Lehaw by Diana L. Perry 5/5/9
00011  5/14/09 Sec St Rtn Summons & Complaint
00012  5/14/09 Sec St Rtn-Via Satellite Inc
00013  5/14/09 Sec St Rtn Summons & Complaint
00014  5/14/09 Sec St Rtn-Warren Staffing Co, Inc
```

A TRUE COPY
ATTEST

Virginia M. Sine
Clerk Circuit Court
By: *[signature]*
Deputy Clerk

# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES

## IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

I.  CASE STYLE:                                     09-C-378
                                                    II

Plaintiff(s)

**John Ray**

vs.

Defendant(s)

|  | Days to Answer | Type of Service |
|---|---|---|
| **Via Satellite, Inc.**<br>c/o Jeffrey Lehew<br>40 Digital Plaza<br>Front Royal, VA 22630 | 30 | **Secretary of State** |
| **Jeffrey Lehew**<br>40 Digital Plaza<br>Front Royal, VA 22630 | 20 | **Certified mail** |
| **Sondra Lehew**<br>40 Digital Plaza<br>Front Royal, VA 22630 | 20 | **Certified Mail** |
| **Warren Staffing Company, Inc.**<br>c/o Sondra Lehew<br>1515 Shenandoah Ave.<br>Front Royal, VA 22630 | 30 | **Secretary of State** |

A TRUE COPY
ATTEST
  Virginia M. Sine
  Clerk Circuit Court
By: *Susan C Phillips*
  Deputy Clerk

IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

JOHN RAY,

      Plaintiff,

v.

                                                      Civil Action No. 09-C-378

VIA SATELLITE, INC., a foreign corporation, and
WARREN STAFFING COMPANY, INC., a foreign corporation, and
JEFFREY LEHEW, individually and in his corporate capacity, and
SONDRA LEHEW, individually and in her corporate capacity,



**II.**    **Type of Case:**

| **TORTS** | **OTHER** | **CIVIL** |
|---|---|---|
| ☐ Asbestos | ☐ Adoption | ☐ Appeal from Magistrate Ct. |
| ☐ Professional Malpractice | ☐ Contract | ☐ Petition for Modification of Magistrate Sentence |
| ☐ Personal Injury | ☐ Real Property | ☐ Miscellaneous Civil |
| ☐ Product Liability | ☐ Mental Health | ☐ W.Va. Min. Wage and Max. Hours Act |
| ☐ Other Tort | ☐ Appeal of Administrative Ag. | ☑ W.Va. Wage Payment and Collection Act |
| | | ☐ W.Va. Workers Compensation Act |
| | | ☐ W.Va. Human Rights Act |
| | | ☐ Other... |

**III.**    Jury Demand ☑ Yes ☐ No

Case will be ready for trial by (Month/Year): 5/10/10

**IV.**    Do you or any of your clients or witnesses in this case require specific accommodations due to a disability or age?

              ☐ Yes  X No

If yes, please specify:
- ☐ Wheelchair accessible hearing room and other facilities
- ☐ Interpreter or other auxiliary aid for the hearing impaired
- ☐ Reader or other auxiliary aid for the visually impaired
- ☐ Spokesperson or other auxiliary aid for the speech impaired
- ☐ Other...

Attorney Name    Robert J. Schiavoni, Esq.
                 David M. Hammer, Esq.
Firm             Hammer, Ferretti & Schiavoni
Address          408 West King Street
                 Martinsburg, WV 25401
Telephone        (304) 264-8505

**Representing**
**X** Plaintiff    ☐ Defendant
☐ Cross-Complainant
☐ Cross-Defendant

Dated: May 1, 2009

Signature: _____
Robert J Schiavoni, Esq.

A TRUE COPY
ATTEST
                Virginia M. Sine
                Clerk Circuit Court
By: _____
                Deputy Clerk

**HAMMER, FERRETTI & SCHIAVONI**
408 W. King Street
Martinsburg, West Virginia 25401
Tel. (304) 264-8505
Fax (304) 264-8506
www.hfslawyers.com
FEIN: 55-0718047

09-C-378

David M. Hammer, Esquire
Joseph R. Ferretti, Esquire
Robert J. Schiavoni, Esquire

Krista L. Kidwell, Legal Assistant
Elizabeth Vaughn, Legal Assistant
Virginia Woodward, Legal Assistant
Christina Bernhard, Legal Assistant
Catherine Ryan, Legal Assistant

Direct Dial: (304) 264-8505 x6
Writer's e-mail: cbernhard@hfslawyers.com

May 1, 2009

Virginia Sine
Berkeley County Judicial Center
380 W. South Street, Suite 2200
Martinsburg, WV 25401

| | Re: | Ray v Via Satellite, Warren Staffing, Jeffrey and Sondra Lehew |
|---|---|---|

Dear Clerk:

Please find enclosed a Civil Action Cover Sheet, Complaint and Summons for filing along with a check in the amount of $185.00 each for the filing fee and fee to have Mr. and Mrs. Lehew served via certified mail. I have also enclosed an additional copy of the Complaint and Civil Action Cover Sheet to be file stamped and returned to me. Please return the appropriate documents to me for Via Satellitte, Inc and Warren Staffing Company, Inc. and I will forward to the Secretary of State for service.

Thank you for your attention to this matter and if you should have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Christina Bernhard
Legal Assistant

A TRUE COPY
ATTEST
Virginia M. Sine
Clerk Circuit Court
By: _____
Deputy Clerk

IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

JOHN RAY,

        Plaintiff,

v.

                                  Civil Action No.
                                  09-C-378

VIA SATELLITE, INC., a foreign corporation, and
WARREN STAFFING COMPANY, INC., a foreign corporation, and
JEFFREY LEHEW, individually and in his corporate capacity, and
SONDRA LEHEW, individually and in her corporate capacity,

        Defendants.

## COMPLAINT

1. Plaintiff John Ray is a resident of Berkeley County, West Virginia and was employed by defendant as an installer at the defendants' location in Spring Mills, Berkeley County, West Virginia for about seven months in 2007 ending on or around September, 2007, and again from, on or about, May 22, 2008 to, on or about, December 2, 2008.

2. Defendant Warren Staffing Company, Inc. is a foreign corporation doing business in the State of West Virginia and conducts business operations in Berkeley County, West Virginia as a predecessor in interest to, or doing business on behalf of the other defendants.

3. Defendant Via Satellite, Inc. is a foreign corporation doing business in the State of West Virginia and conducts business operations in Berkeley County, West Virginia as either a successor in interest, or jointly with, defendant Warren Staffing Company, Inc. and with the other defendants.

4. Defendant Jeffrey Lehew is a director of and the President of Via Satellite, Inc. and is an employer in fact and law, and/or jointly with the other defendants, of plaintiff.

5. Defendant Sondra Lehew is a director of and the Secretary of Via Satellite, Inc. and is an employer in fact and law, and/or jointly with the other defendants, of plaintiff.

6. Defendants are contractors for and on behalf of Dish Network.

7. Defendants work as joint employers and/or a joint enterprise to service Dish Network customers.

8. Plaintiff was paid an hourly rate and commissions for installation and other service work.

9. Plaintiff frequently worked in excess of 40 hours per week for which he was not paid overtime in violation of the Fair Labor Standards Act.

10. Plaintiff was not paid all wages earned including, but not limited to, bonuses and commissions, in violation of the West Virginia Wage Payment and Collection Act.

11. Defendants failed to fully reimburse plaintiff for goods purchased through defendants for the Super Buddy Satellite Meter, a product used for, and on behalf of, defendants when servicing Dish Network customers.

**WHEREFORE**, Plaintiff seeks judgment against Defendants for all relief to which he is entitled, including but not limited to wages, liquidated damages and reasonable attorneys' fees, costs, interest, a full and complete accounting of all payroll and timekeeping and all other legal and equitable relief as the Court deems just.

Dated this 1st day of May, 2009.

**PLAINTIFF**
**By Counsel**

Robert J. Schiavoni, Esq. (WVSB #4365)
David M. Hammer, Esq. (WVSB #5047)
HAMMER, FERRETTI, & SCHIAVONI
408 West King Street
Martinsburg, West Virginia 25401
(304) 264-8505
Counsel for Plaintiff

A TRUE COPY
ATTEST
Virginia M. Sine
Clerk Circuit Court
BY: _____
Deputy Clerk

```
NUMBER: 176140                                                    May 04, 2009

Received of HAMMER, FERRETTI & SHCIAVONI                              $185.00

The exact sum of One Hundred Eighty Five Dollars and No Cents

Plaintiff:  JOHN RAY
Defendant:  VIA SATELLITE, INC.  C/O JEFFREY LEHEW

Payment type: Check              Check#  13788

Case number:  09-C-378                    Div:  2

Transaction conducted at:                 VIRGINIA M. SINE

BERKELEY COUNTY COURTHOUSE
MARTINSBURG, W.VA.25401                   Deputy  Susan C Phillips

DISTRIBUTION OF FUNDS...
  1001 CLERKS FEES               40.00      1001 CLERKS FEES              20.00
  4003 REGIONAL JAIL AUTHOR      60.00      4005 COURT SECURITY FUND       5.00
  4103 COURTHOUSE FACILITY       30.00      4104 DV CIVIL LEGAL SERVI     10.00
  4020 CIVIL REGIONAL JAIL       20.00
```

A TRUE COPY
ATTEST
          Virginia M. Sine
          Clerk Circuit Court
By: Susan C Phillips
          Deputy Clerk

**HAMMER, FERRETTI & SCHIAVONI**                                                                                      1378

| | | | | |
|---|---|---|---|---|
| Circuit Court - Berkeley Co. | | 13788 | 5/1/2009 | $ 185.00 |
| Berkeley County Judicial Center | | | | |
| Filing fee - Ray v. VIA Satellite | | | | |
| Account Detail: | 1-1110 | Client Advances | | 185.00 |

## SUMMONS

## IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

JOHN RAY,

        Plaintiff,

v.                                              Civil Action No. 09-C-378

VIA SATELLITE, INC., a foreign
corporation, and
WARREN STAFFING COMPANY, INC.,
a foreign corporation, and
JEFFREY LEHEW, individually and
in his corporate capacity, and
SONDRA LEHEW, individually and
in her corporate capacity,

        Defendants.

TO:    Via Satellite, Inc.
          c/o Jeffrey Lehew
          40 Digital Plaza
          Front Royal, VA 22630

IN THE NAME IF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon plaintiff's attorney, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons to you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action. Plaintiff's attorney's name and address are as follows:

Robert J. Schiavoni, Esq.
David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401

Dated: 5/4/09

A TRUE COPY
ATTEST

Virginia M. Sine
Clerk Circuit Court
By: _Susan C Phillips_
Deputy Clerk

_Virginia M. Sine_
Clerk of Court
_Susan C Phillips_
deputy

## SUMMONS

### IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

JOHN RAY,

        Plaintiff,

v.
                                 Civil Action No. 09-C-378

VIA SATELLITE, INC., a foreign corporation, and
WARREN STAFFING COMPANY, INC., a foreign corporation, and
JEFFREY LEHEW, individually and in his corporate capacity, and
SONDRA LEHEW, individually and in her corporate capacity,

        Defendants.

TO:    Jeffrey Lehew
           40 Digital Plaza
           Front Royal, VA 22630

        IN THE NAME IF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon plaintiff's attorney, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **20** days after service of this summons to you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action. Plaintiff's attorney's name and address are as follows:

Robert J. Schiavoni, Esq.
David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401

Dated: 5/4/09

A TRUE COPY
ATTEST

Virginia M. Sine
Clerk Circuit Court
By: _Susan C. Phillips_
      Deputy Clerk

_Virginia M. Sine_
Clerk of Court

## SUMMONS

### IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

JOHN RAY,

            Plaintiff,

v.

                                                      Civil Action No. 09-C-378

VIA SATELLITE, INC., a foreign corporation, and
WARREN STAFFING COMPANY, INC., a foreign corporation, and
JEFFREY LEHEW, individually and in his corporate capacity, and
SONDRA LEHEW, individually and in her corporate capacity,

           Defendants.

TO:   Sondra Lehew
        40 Digital Plaza
        Front Royal, VA 22630

IN THE NAME IF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon plaintiff's attorney, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **20** days after service of this summons to you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action. Plaintiff's attorney's name and address are as follows:

Robert J. Schiavoni, Esq.
David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401

Dated: 5/4/09

A TRUE COPY
ATTEST
Virginia M. Sine
Clerk Circuit Court
By: _____
Deputy Clerk
_____
Clerk of Court

## SUMMONS

## IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

JOHN RAY,

          Plaintiff,

v.

                                                           Civil Action No. 09-C-378

VIA SATELLITE, INC., a foreign corporation, and
WARREN STAFFING COMPANY, INC., a foreign corporation, and
JEFFREY LEHEW, individually and in his corporate capacity, and
SONDRA LEHEW, individually and in her corporate capacity,

          Defendants.

TO:    Warren Staffing Company Inc.
          c/o Sondra Lehew
          1515 Shenandoah Ave.
          Front Royal, VA 22630

IN THE NAME IF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon plaintiff's attorney, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons to you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action. Plaintiff's attorney's name and address are as follows:

A TRUE COPY
ATTEST

Robert J. Schiavoni, Esq.
David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401

Virginia M. Sine
Clerk Circuit Court
By: *Susan C Phillips*
          Deputy Clerk

Dated: 5/4/09

*Virginia M. Sine*
Clerk of Court

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

7008 1830 0004 5048 9784

09-C-378

Sent To: Dondra Lehew
Street, Apt. No.; or PO Box No.: 40 Digital Plaza
City, State, ZIP+4: Front Royal, VA 22630

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

7008 1830 0004 5048 9777

09-C-378

Sent To: Jeffrey Lehew
Street, Apt. No.; or PO Box No.: 40 Digital Plaza
City, State, ZIP+4: Front Royal, VA 22630

---

A TRUE COPY
ATTEST
Virginia M. Sine
Clerk, Circuit Court
By: _____ Phillips
Deputy Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Diana L Ferry_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Diana L Ferry_  C. Date of Delivery 5-5-09 |
| 1. Article Addressed to:<br>Dondea Shew<br>40 Digital Plaza<br>Front Royal, VA<br>22630<br><br>09-C-378 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1830 0004 5048 9784 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

A TRUE COPY
ATTEST
Virginia M. Sine
Clerk Circuit Court
By: _Doreen C. Phillips_
Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Diana L. Ferry_ ☐ Agent ☑ Addressee

B. Received by (Printed Name): Diana L. Ferry
C. Date of Delivery: 5-5-09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Jeffrey Lehew
40 Digital Plaza
Front Royal, VA
22630

09-C-378

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 1830 0004 5048 9777

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

A TRUE COPY
ATTEST
    Virginia M. Sine
    Clerk Circuit Court
By: _Susan C Phillips_
    Deputy Clerk

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305




**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

Virginia M. Sine, Circuit Clerk
Berkeley County Courthouse
110 West King Street
Martinsburg WV 25401-3210

ControlNumber: 277557
Defendant: Via Satellite, Inc.

5/8/2009
Civil Action: 09-C-378
Certified: 91719237900010000081707

I am enclosing:

| _____ summons | _____ affidavit | __1__ summons and complaint |
| _____ notice | _____ answer | _____ summons returned from post office |
| _____ order | _____ cross-claim | _____ summons and amended complaint |
| _____ petition | _____ counterclaim | _____ 3rd party summons and complaint |
| _____ motion | _____ request | _____ no return from post office |
| _____ suggestions | _____ certified return receipt | _____ notice of mechanic's lien |
| _____ interrogatories | _____ request for production | _____ suggestee execution |
| _____ original | _____ request for admissions | _____ Other |
| _____ subpeona duces tecum | | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plantiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.

Sincerely,

Natalie E. Tennant
Secretary of State

A TRUE COPY
ATTEST
Virginia M. Sine
Clerk Circuit Court
By: _____
Deputy Clerk

# SUMMONS RETURN

## IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

JOHN RAY,

        Plaintiff,

v.

        Civil Action No. 09-C-378

VIA SATELLITE, INC., a foreign
corporation, and
WARREN STAFFING COMPANY, INC.,
a foreign corporation, and
JEFFREY LEHEW, individually and
in his corporate capacity, and
SONDRA LEHEW, individually and
in her corporate capacity,

        Defendants.

TO:   Via Satellite, Inc.
       c/o Jeffrey Lehew
       40 Digital Plaza
       Front Royal, VA 22630

IN THE NAME IF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon plaintiff's attorney, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30** days after service of this summons to you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action. Plaintiff's attorney's name and address are as follows:

Robert J. Schiavoni, Esq.
David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401

Dated: 5/4/09

A TRUE COPY
ATTEST

Virginia M. Sine
Clerk Circuit Court
By: _____
Deputy Clerk

_____
Clerk of Court
_____
Deputy

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305





**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

Virginia M. Sine, Circuit Clerk
Berkeley County Courthouse
110 West King Street
Martinsburg WV 25401-3210

ControlNumber: 277556
Defendant: Warren Staffing, Inc.

5/8/2009
Civil Action: 09-C-378
Certified: 91719237900010000081691

I am enclosing:

| | | |
|---|---|---|
| ____ summons | ____ affidavit | _1_ summons and complaint |
| ____ notice | ____ answer | ____ summons returned from post office |
| ____ order | ____ cross-claim | ____ summons and amended complaint |
| ____ petition | ____ counterclaim | ____ 3rd party summons and complaint |
| ____ motion | ____ request | ____ no return from post office |
| ____ suggestions | ____ certified return receipt | ____ notice of mechanic's lien |
| ____ interrogatories | ____ request for production | ____ suggestee execution |
| ____ original | ____ request for admissions | ____ Other |
| ____ subpoena duces tecum | | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.

Sincerely,

*Natalie E. Tennant*

Natalie E. Tennant
Secretary of State

A TRUE COPY
ATTEST
Virginia M. Sine
Clerk Circuit Court
By: *Susan C Phillips*
Deputy Clerk

# SUMMONS RETURN

## IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA

**JOHN RAY,**

    Plaintiff,

v.

Civil Action No. 09-C-378

**VIA SATELLITE, INC.**, a foreign corporation, and
**WARREN STAFFING COMPANY, INC.**, a foreign corporation, and
**JEFFREY LEHEW**, individually and in his corporate capacity, and
**SONDRA LEHEW**, individually and in her corporate capacity,

    Defendants.

TO: Warren Staffing Company Inc.
c/o Sondra Lehew
1515 Shenandoah Ave.
Front Royal, VA 22630

...HE STATE OF WEST VIRGINIA, you are hereby ...erve upon plaintiff's attorney, an answer, including any ...y have, to the complaint filed against you in the above styled ...hich is herewith delivered to you. You are required to serve ...after service of this summons to you, exclusive of the day of ..., judgment by default will be taken against you for the relief ...and you will be thereafter barred from asserting in another ...ave which must be asserted by counterclaim in the above ...'s attorney's name and address are as follows:

A TRUE COPY ATTEST

..., Esq.
... Esq.
Schiavoni
et
5401

Virginia M. Sine
Clerk Circuit Court
By: _____
Deputy Clerk

_____
Clerk of Court

```
WV Secretary of State
..............................
Receipt #:              818484
Station ID:                M01
..............................
List Of Services
..............................
sp s  s  warren staffing  $48.88
Total:                    $48.88

Payment Details:
..............................
hammer ferretti
k  13831                  $48.88
..............................
Original Transaction Date: 05/08/2009

Thank You For Your Business!
```